UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA B CARR,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No.  16-cv-01690-VC<br><br>**JUDGMENT** |

    The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: June 9, 2016

_____
VINCE CHHABRIA
United States District Judge